UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN RE: MICHAEL J. HAUF,  AND<br>LINDA M.  HAUF,<br>DEBTORS. | CHAPTER 13<br>CASE NO. 01-42465 |

## MOTION TO ORDER ASSETS VESTED IN TRUSTEE, SUBSEQUENT TO REOPENING OF CASE

COMES NOW **Michael J. Hauf and Linda M. Hauf,** Debtors herein, ("Movants") and move the Court for an Order of the Court vesting an asset in the Trustee, upon reopening of case, and say:

1.

This Court has jurisdiction pursuant to 28 U.S.C. §1334 and the standing order of reference.

2.

The matters set forth in this Motion are such to make it a core proceeding which this court may hear and determine without reference to the District Court.

3.

Debtors incorporate y reference the allegations of their Motion for Order Reopening a Closed Case, to Administer Additional Assets, filed on or about March 24, 2006, (herein "Motion to Open".

4.

Ordinarily, the right to prove claims, ownership of claims, which are assets of the estate, vest in the Debtor post-confirmation.  11 U.S. C. §1327(b).  the Debtors are therefore, after confirmation, have the rights and duties of a trustee.  11 U.S. C. §1303, and are Debtors in possession.  However, the Court may order the assets of the estate vested in the trustee.  11 U.S. C. § 1327 (b) and this is requested by the Debtors.

THEREFORE, Debtors move the Court for an order of the Court vesting the claims referred to in the Motion to Open, in the Trustee, to the extent they constitute assets of the estate.

This 2nd day of June, 2006.

| | |
|---|---|
| P.O. Box 5383<br>Columbus, GA 31906<br>(706) 320-1215 | s/    FIFE M. WHITESIDE<br>GA Bar No. 756025 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I am more than eighteen (18) years of age and that on the date set forth below I served a copy of the foregoing **Motion to Order Assets Vested in Trustee, Subsequent to Reopening of Case**, by U.S. postage prepaid, to the following:

| | |
|---|---|
| Kristin Smith, Trustee<br>P. O. Box 1907<br>Columbus, GA 31902-1907 | Thomas R. Walker<br>Troutman Sanders, LLP<br>600 Peachtree St., N. E., Suite 5200<br>Atlanta, GA 30308-2216 |

This 2nd day of June, 2006.

s/    FIFE M. WHITESIDE