UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IN RE: MICHAEL JOSEPH HAUF, and      CHAPTER 13
     LINDA MONEZ HAUF,     CASE NO. 01-42465
          Debtors.

## APPLICATION FOR EMPLOYMENT OF ATTORNEY TO REPRESENT CHAPTER 13 ESTATE FOR SPECIFIED, SPECIAL PURPOSE

Comes now, **Kristin Hurst**, hereinafter "Trustee", and makes the within Application for Order Authorizing Employment of Attorney to Represent the Estate for Specified, Special Purpose and in support shows the following facts:

1.

The Debtors filed a voluntary Chapter 13 Bankruptcy Petition on or about October 1, 2001, and Trustee was appointed. the case has been reopened and the Trustee reappointed.

2.

Trustee wishes to employ **Charles A. Gower**, hereinafter "Attorney", P.O. Box 5509, Columbus, GA 31906, as counsel for the estate. The above mentioned attorney has expertise in regard to the "specified, special purpose" for which the Trustee seeks authorization to employ him.

3.

The special purpose for which the above mentioned attorney would be employed is as follows:

(a)     Claims against HomEq Servicing Corp., as successor to predecessor the Money Store, or related entity, arising out of management, maintenance, and efforts to collect on allegedly defaulted mortgage account, including but not limited to, foreclosure of same at a time when mortgage holder was not entitled to foreclose, claim being limited to factual predicates incurred prior to case filing.

(b)     To assert, prosecute, litigate and/or negotiate for settlement such claims as may be practical for assertion as implied in the preceding sub-paragraph;

(c)     Advising and representing the estate, in connection with any claim that may be asserted by HomEq against the estate or the Trustee; and

(d)     Any and all other purposes which are implied, in any way, by the foregoing (a), (b) and (c).

4.

The said attorney had agreed to represent the estate and the Trustee on a contingency fee basis the terms of which are as follows:

(a) The said Attorney will be paid 50% of any recovery obtained prior to or after filing suit;

(b) The said Attorney will also be compensated for all reasonable out of pocket expenses including, without limitation, Court costs, witness fees, court reporter fees, copying charges and extraordinary postage, and extraordinary telephone charges (such as conference calls) all without prior Court approval, but subject to subsequent Court approval and possibility of disgorgement;

(c) The said Attorney acknowledges that he is under a duty to maintain detailed time records to support the determination of a "lode star" fee and also acknowledge that regardless of the Trustee's arrangement with him, that allowance of fees is subject to Court approval, after notice and a hearing;

(d) "Recovery", for purposes of sub-part (a) above means by settlement or satisfaction of judgment and, also includes reduction or postponement of dividend, on any otherwise allowable claim of HomEq, by virtue of set off or otherwise to the extent settlement, satisfaction, reduction or postponement is to the estate or Debtors on the claims described above. All recovery, including recovery exceeding what is required to pay all debts, goes to Trustee for distribution first to pay debts in full, with interest, then for refund to Debtors.

**WHEREFORE**, the Trustee prays that she be authorized to employ the said Attorney as counsel for the estate and for the Trustee under special retainer, and for specified, special purposes, be paid on a contingency basis as anticipated above, and that she be specifically authorized to reimburse all out of pocket expenses, subject to subsequent Court approval and possibility of disgorgement.

This 26th day of June, 2006.

_____ 295360
KRISTIN HURST, Trustee
P.O. Box 1907
Columbus, GA 31902
(706) 320-1215

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN RE: MICHAEL JOSEPH HAUF, and<br>LINDA MONEZ HAUF,<br>Debtors. | CHAPTER 13<br>CASE NO. 01-42465 |

### AFFIDAVIT OF PROFESSIONAL PERSON (INDIVIDUAL)

COMES NOW THE UNDERSIGNED, herein "affiant", and makes this affidavit on personal knowledge and in support of application to support affiant as a professional to represent the estate and any subsequent reapplications.

1. Affiant, who is qualified; and to the extent that any license is necessary, has a license, to perform professional services for the within debtor, and the nature of the professional services to be rendered for which affiant is so qualified is: *Attorney at Law.*

2. Affiant receives mail at: *P. O. Box 5509, Columbus, GA 31906.*

3. Affiant is an individual and a sole-proprietorship, and has no partners or other affiliates, except for employees, and if appointed by the Court to perform professional services will divide these with no other entity.

4. Affiant has (to the best of affiant's knowledge) no connection with the debtor, the creditors, any other party in interest, or their respective attorneys/accountants, the U. S. Trustee or any person employed in the office of the U. S. Trustee except as follows: *Affiant represents Debtors with respect to claims incurred after case filing, which claims are not property of the instant estate.*

5. Affiant states that affiant has not at any time held or represented any interest adverse to the estate and that affiant is a disinterested person, within the meaning of the Bankruptcy Code, 11 U.S.C. §327, except to the extent disclosed above in paragraph 4.

_____
CHARLES A. GOWER, Individual Affiant

Sworn to and subscribed before me
this 22 day of June, 2006.

_____
Notary Public
My Commission Expires: July 15, 2006

## CERTIFICATE OF SERVICE

      I, the undersigned counsel of record for the party serving the below identified pleading, discovery item, of instrument, do hereby certify that I have this day served a true and accurate copy of the within and foregoing **Application for Employment of Attorney to Represent Chapter 7 Estate for Specified, Special Purpose** by mailing same U.S. postage prepaid on the following individuals or firms, who are counsel for all parties herein, and/or in the event a party is unrepresented, any party *pro se*, at the addresses set forth below:

U.S. Trustee
433 Cherry Street, 5th Floor
Macon, Georgia 31201

Kristin Hurst, Trustee
P. O. Box 1907
Columbus, GA 31902

Michael Joseph Hauf
Linda Monez hauf
205 GA Hwy 36
Waverly Hall, GA 31831

SO DONE this the 27th day of June, 2006.

_____
FIFE M. WHITESIDE